JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANDRES MUNOZ-VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>   v.<br><br>ANDRES MUNOZ-VILLA,<br><br>   *Defendant.* | NO. 1:11-cr-0305 AWI<br><br>STIPULATION TO ADVANCE CHANGE OF PLEA HEARING;  ORDER<br><br>Date:   January 28, 2013<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Andres Munoz-Villa, that the status conference currently set for February 19, 2013 at 10:00 a.m., **may be advanced and rescheduled to January 28, 2013, at 10:00 a.m for a change of plea hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea January 28, 2013.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: January 23, 2013 | */s/* Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| Dated: January 23, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANDRES MUNOZ-VILLA |

**ORDER**

IT IS SO ORDERED.

Dated:   January 24, 2013

SENIOR  DISTRICT  JUDGE

*Stipulation to Advance Hearing [PROPOSED ORDER]*    −2−